1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF: | ) MAGISTRATE DOCKET NO. 2:14-SW-0015-EFB ) ) |
| HAROLD S. BUDHRAM, M.D. SHASTA DAM CLINIC 5145 SHASTA DAM BLVD. SHASTA LAKE, CA 96019 | ) **UNSEALING ORDER** ) ) ) ) ) |

The Court, having considered the United States' Application for an Order Lifting the Seal of the above-captioned matter (the Application), and finding good cause therefor, hereby ORDERS that:

1. The Application is GRANTED; and

2. All previously sealed documents are hereby UNSEALED.

Dated: January 24, 2014

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE